NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Ronald.Cheng@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE ABRAMOVS,<br><br>　　　　Defendant. | Case No. 2:21-mj-00061-EJY<br><br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

　　　　The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Joseph McFarlane, Trial Attorney with the United States Department of Justice, Criminal Division, be permitted to appear before this Court in the above-captioned case.

　　　　Mr. McFarlane is a member in good standing of the bar of the State of Pennsylvania, he is employed by the United States as an attorney, and, in the course and

///

///

///

///

scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: January 21, 2021.

Respectfully submitted,

*/s/ Ronald L. Cheng*
RONALD L. CHENG
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED: _____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2021